IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KATRINA MURRY
and AMANDA MURRY                                                              PLAINTIFFS

v.                              No. 5:12CV415 KGB

DR. STEPHEN HILTERBRAN,
SOUTHEAST ARKANSAS COLLEGE,
PHIL E. SHIRLEY, PRESIDENT OF SOUTHEAST ARKANSAS
COLLEGE, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. MICHAEL GUNTER, VICE PRESIDENT OF
SOUTHEAST ARKANSAS COLLEGE, INDIVIDUALY NAMED
AND OFFICIAL CAPACITY; DIANN WILLIAMS,
VICE PRESIDENT OF SOUTHEAST ARKANSAS COLLEGE,
INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
MAGNOLIA WOODS, COORDINATOR/INSTRUCTOR AT
SOUTHEAST ARKANSAS COLLEGE,
INDIVIDUALLY NAMED AND OFFICIAL CAPACITY              DEFENDANTS

## ORDER

Separate plaintiff Katrina Murry has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 2). The defendants have not served an answer or a motion for summary judgment. For good cause shown, Ms. Murry's claims against defendants are dismissed without prejudice. Separate plaintiff Amanda Murry's claims against defendants remain pending.

SO ORDERED this 10th day of April, 2013.

_____
Kristine G. Baker
United States District Judge