IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| KATRINA MURRY<br>and AMANDA MURRY | | PLAINTIFFS |
| v. | No. 5:12CV415 KGB | |
| DR. STEPHEN HILTERBRAN,<br>SOUTHEAST ARKANSAS COLLEGE,<br>PHIL E. SHIRLEY, PRESIDENT OF SOUTHEAST ARKANSAS<br>COLLEGE, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;<br>DR. MICHAEL GUNTER, VICE PRESIDENT OF<br>SOUTHEAST ARKANSAS COLLEGE, INDIVIDUALY NAMED<br>AND OFFICIAL CAPACITY; DIANN WILLIAMS,<br>VICE PRESIDENT OF SOUTHEAST ARKANSAS COLLEGE,<br>INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;<br>MAGNOLIA WOODS, COORDINATOR/INSTRUCTOR AT<br>SOUTHEAST ARKANSAS COLLEGE,<br>INDIVIDUALLY NAMED AND OFFICIAL CAPACITY | | DEFENDANTS |

**ORDER**

Separate plaintiff Katrina Murry has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 2). The defendants have not served an answer or a motion for summary judgment. For good cause shown, Ms. Murry's claims against defendants are dismissed without prejudice. Separate plaintiff Amanda Murry's claims against defendants remain pending.

SO ORDERED this 10th day of April, 2013.

_____
Kristine G. Baker
United States District Judge