IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AMANDA MURRY**                                                                                          **PLAINTIFF**

v.                                        No. 5:12CV415 KGB

**DR. STEPHEN HILTERBRAN,
SOUTHEAST ARKANSAS COLLEGE,
PHIL E. SHIRLEY, PRESIDENT OF SOUTHEAST ARKANSAS
COLLEGE, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. MICHAEL GUNTER, VICE PRESIDENT OF
SOUTHEAST ARKANSAS COLLEGE, INDIVIDUALY NAMED
AND OFFICIAL CAPACITY; DIANN WILLIAMS,
VICE PRESIDENT OF SOUTHEAST ARKANSAS COLLEGE,
INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
MAGNOLIA WOODS, COORDINATOR/INSTRUCTOR AT
SOUTHEAST ARKANSAS COLLEGE,
INDIVIDUALLY NAMED AND OFFICIAL CAPACITY                                  DEFENDANTS**

**ORDER**

Plaintiff Amanda Murry has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 4). The defendants have not served an answer or a motion for summary judgment. For good cause shown, Ms. Murry's claims against defendants are dismissed without prejudice.

SO ORDERED this 12th day of April, 2013.

_____
Kristine G. Baker
United States District Judge