IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AMANDA MURRY**                                                                                                   **PLAINTIFF**

v.                                            No. 5:12CV00415 KGB

DR. STEPHEN HILTERBRAN,
SOUTHEAST ARKANSAS COLLEGE,
PHIL E. SHIRLEY, PRESIDENT OF SOUTHEAST ARKANSAS
COLLEGE, INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
DR. MICHAEL GUNTER, VICE PRESIDENT OF
SOUTHEAST ARKANSAS COLLEGE, INDIVIDUALY NAMED
AND OFFICIAL CAPACITY; DIANN WILLIAMS,
VICE PRESIDENT OF SOUTHEAST ARKANSAS COLLEGE,
INDIVIDUALLY NAMED AND OFFICIAL CAPACITY;
MAGNOLIA WOODS, COORDINATOR/INSTRUCTOR AT
SOUTHEAST ARKANSAS COLLEGE,
INDIVIDUALLY NAMED AND OFFICIAL CAPACITY                                **DEFENDANTS**

## ORDER

Plaintiffs Katrina Murry and Amanda Murry have voluntarily dismissed without prejudice their claims against all defendants (Dkt. Nos. 3, 5). For good cause shown, this case is hereby dismissed without prejudice.

SO ORDERED this 16th day of April, 2013.

_____
Kristine G. Baker
United States District Judge